IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DAVIOUS MARQUES BOYD,** | : | |
| **Plaintiff,** | : | |
| | : | Case No. 5:23-cv-00235-CAR-MSH |
| v. | : | |
| **JACKSON ST.,** *et al.*, | : | |
| **Defendant.** | : | |

## ORDER

*Pro se* Plaintiff Davious Boyd, a prisoner at Ware State Prison in Waycross, Georgia, filed a document in the Northern District of Georgia that was docketed as a 42 U.S.C. § 1983 complaint. ECF No. 1. The civil action was thereafter transferred to this Court. ECF Nos. 5 and 6. Plaintiff did not pay the $402.00 filing fee or submit a motion to proceed *in forma pauperis*.

On July 19, 2023, Plaintiff was ordered to recast his complaint on a standard § 1983 form and to either submit a motion to proceed *in forma pauperis* along with a certified account statement or pay the full filing fee. ECF No. 9. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of this civil action. *Id*. Plaintiff failed to comply with the Court's order.

Therefore, on August 8, 2023, the Court notified Plaintiff that he failed to respond to an order of the Court. ECF No. 10. Plaintiff was ordered to show cause why this action should not be dismissed for failure to comply with the Court's order. *Id*. The Court

unambiguously informed Plaintiff that this action would be dismissed if he failed to respond. *Id*. Plaintiff was given fourteen (14) days to respond and he has failed to do so.

Due to Plaintiff's failure to follow the Court's Orders and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 31st day of August, 2023.

s/ C. Ashley Royal

C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT